**Filed 10/6/2006**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNE FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KNTV TELEVISION, INC, and GRANITE BROADCASTING CORPORATION, and Does 1-99,<br><br>　　　　　Defendants. | Case Number C 06-05688 JF (PVT)<br><br>ORDER[1] DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 7] |

　　　Plaintiff filed an application to proceed *in forma pauperis* on September 15, 2006, the same date that she filed a "Petition of Removal and Civil Action for Deprivation of Rights."[2] Plaintiff seeks to remove a civil rights action for retaliatory firing from the California state courts and litigate it in federal court. This action was subject to a jury trial in California, and plaintiff unsuccessfully appealed to the California Court of Appeals and the California Supreme Court.

---

　　　[1] This disposition is not designated for publication and may not be cited.

　　　[2] Plaintiff also filed a motion to transfer this case to the Oakland division. The Court will not review this motion at the present time since the filings made with the Court to date do not indicate that this litigation can proceed in either court.

Case No. C 06-05688 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1  A district court may authorize the commencement of a civil action *in forma pauperis* if
2  the court is satisfied that the plaintiff is unable to pay the filing fees necessary to pursue the
3  action. 28 U.S.C. 1915(a)(1). However, the court may deny leave to proceed *in forma pauperis*
4  at the outset if it appears from the face of the proposed complaint that the action is frivolous or
5  without merit. *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). The
6  Court concludes that the Plaintiff's action is without merit on its face. The principle of comity
7  requires that federal courts respect the judgments of state courts. The Court does not have the
8  authority to review the judgment of the California Supreme Court in this case. Accordingly,
9  Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice.

10  IT IS SO ORDERED.

13  DATED: October 6, 2006

  _____
  JEREMY FOGEL
  United States District Judge

1    Copies of Order mailed on October 6, 2006 to:

2    June Foster
     P.O. Box 2134
3    San Leandro, CA 94577

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-05688 JF (PVT)
ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)