**Filed 11/16/2006**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNE FOSTER,<br><br>               Plaintiff,<br><br>   v.<br><br>KNTV TELEVISION, INC., et. al.,<br><br>               Defendants. | Case Number C 06-5688 JF (PVT)<br><br>ORDER[1] DENYING MOTION FOR LEAVE TO FILE AN AMENDED PETITION OF REMOVAL AND CIVIL ACTION WITHOUT PREJUDICE, AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>[re: docket no. 21, 22] |

      On September 15, 2006, Plaintiff June Foster ("Foster") filed a notice of removal of the instant action from the Santa Clara Superior Court. On October 6, 2006, this Court denied Foster's application to proceed *in forma pauperis*, noting the action's apparent lack of merit. On October 10, 2006, Defendants moved to dismiss the action and/or strike the notice of removal. On October 16, 2006, Defendants moved to remand the action to the state court. Defendants argue that the Court lacks subject matter jurisdiction over Foster's action and that removal was

---

[1] This disposition is not designated for publication and may not be cited.

improper because only a defendant may remove an action and because the action has already proceeded to final judgment in state court. Oral argument for both motions is scheduled on December 22, 2006.

On October 30, 2006, Foster filed a "Request for Permission of Leave of Court to File an Amended Petition and Civil Action for Deprivation of Rights, Pursuant to Federal Rule of Civil Procedure Rule 15" and a second application for leave to proceed *in forma pauperis*.

On November 14, 2006, Defendants moved to dismiss and/or strike the amended petition. Oral argument for this motion is scheduled on January 26, 2007.

Since removal must be effected within thirty days of receipt of the complaint, a removal petition may not be amended after this thirty day period except to "clarify defective allegations of jurisdiction previously made." *Barrow Development Co. v. Fulton Insurance Co.*, 418 F.2d 316, 317 (9th Cir. 1969) (quotation marks omitted). The thirty day period expired before Foster filed her motion on October 30, 2006,[2] and Defendants have brought challenges to the Court's jurisdiction over this matter that assert more significant bars to Foster's action than defective allegations of jurisdiction that may be clarified. Accordingly, the Court will resolve the jurisdictional challenges contained in the motions scheduled for hearing on December 22, 2006, before it considers Foster's motion to amend her pleading. The Court will deny the instant motion without prejudice to Foster's renewal of the motion if she prevails on the motions scheduled for hearing on December 22, 2006.

The Court has considered the arguments contained in Foster's second application to proceed *in forma pauperis*. The Court concluded in its October 6, 2006, order that Foster's action is without merit on its face. The Court reaffirms this conclusion. The Court does not ignore or underestimate the ways in which Foster asserts she has been injured. However, it appears from the face of the complaint that the Court likely lacks subject matter jurisdiction.

---

[2] At least thirty days have elapsed since receipt of the complaint, since notice of removal was filed on September 15, 2006.

2

Case No. C 06-5688 JF (PVT)
ORDER DENYING MOTION FOR LEAVE TO FILE AN AMENDED PETITION OF REMOVAL AND CIVIL ACTION WITHOUT PREJUDICE, AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE
(JFLC1)

1  Accordingly, the Court will deny the application to proceed *in forma pauperis* without prejudice
2  to Foster's renewal of the application if she prevails on the motions scheduled for hearing on
3  December 22, 2006.

5  IT IS SO ORDERED.

7  DATED: November 16, 2006.

10  JEREMY FOGEL
United States District Judge

1   This Order has been served upon the following persons:

2   Krista Stevenson Johnson            kjohnson@littler.com, akawase@littler.com

3

4   Notice will be delivered by other means to:

5   June Foster
    P.O. Box 2134
6   San Leandro, CA 94577

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 06-5688 JF (PVT)
ORDER DENYING MOTION FOR LEAVE TO FILE AN AMENDED PETITION OF REMOVAL AND CIVIL
ACTION WITHOUT PREJUDICE, AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
WITHOUT PREJUDICE
(JFLC1)