*efiled 6/13/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNE FOSTER,<br>　　　　Plaintiff,<br><br>　　V.<br><br>KNTV TELEVISION, INC.,<br>　　　　Defendant.<br>_____/ | CV-06-5688-JF<br><br>ORDER OF DISMISSAL |

The above named matter came regularly for a Case Management Conference before the Honorable Jeremy Fogel in Courtroom 3, on May 25, 2007 at 10:30 a.m. No appearance or response was made on behalf of plaintiff. The above matter is hereby dismissed for failure to prosecute.

Dated: June 12, 2007

_____
JEREMY FOGEL
United States District Judge