**E-Filed 7/17/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUNE FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KNTV TELEVISION, INC., et al.,<br><br>　　　　　Defendants. | Case Number C 06-5688 JF (PVT)<br><br>ORDER[1] RE MOTION FOR RELIEF FROM ORDER OF DISMISSAL<br><br>[re: docket no. 52] |

　　　　On June 13, 2007, the Court dismissed the instant action for failure to prosecute. On June 25, 2007, Plaintiff moved for relief from that dismissal on the basis that she was unaware of the case management conference that she did not attend. On July 10, 2007, the Court received the mandate of the Ninth Circuit affirming this Court's denial of leave to proceed *in forma pauperis* and denying all other motions as moot. In light of that decision by the Ninth Circuit, Plaintiff must pay the filing fee in a timely manner before proceeding with the instant action. If Plaintiff pays the filing fee, the Court will grant Plaintiff's motion for relief from the order of dismissal and lift the stay on the action. The Court reiterates its previous observation that this

---

　　　　[1] This disposition is not designated for publication and may not be cited.

action appears to be subject to dismissal or remand for lack of subject matter jurisdiction.

Plaintiff also asserts that she has filed for rehearing en banc in the Ninth Circuit. Assuming this to be true,[2] the Court's analysis is largely unchanged. If Plaintiff prevails on rehearing, the Court will reinstate the action and she will be able to proceed *in forma pauperis*. If Plaintiff does not prevail, she must pay the filing fee in a timely manner before the Court will reinstate the action.

IT IS SO ORDERED.

DATED: July 17, 2007.

_____
JEREMY FOGEL
United States District Judge

---

[2] Plaintiff requests judicial notice of this fact, but attaches no document in support of this request. The Court has no reason to doubt Plaintiff's statement that she believes that a petition for rehearing is pending. However, in light of the fact that the mandate has been filed, it is highly unlikely that such a petition actually remains before the Ninth Circuit.

2

Case No. C 06-5688 JF (PVT)
ORDER RE MOTION FOR RELIEF FROM ORDER OF DISMISSAL
(JFLC1)

1  This Order has been served upon the following persons:

2  Krista Stevenson Johnson          kjohnson@littler.com, akawase@littler.com

3  Notice will be delivered by other means to:

4  June Foster
   P.O. Box 2134
5  San Leandro, CA 94577

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-5688 JF (PVT)
ORDER RE MOTION FOR RELIEF FROM ORDER OF DISMISSAL
(JFLC1)