**E-Filed 7/31/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUNE FOSTER,<br><br>                Plaintiff,<br><br>    v.<br><br>KNTV TELEVISION, INC., et al.,<br><br>                Defendants. | Case Number C 06-5688 JF (PVT)<br><br>ORDER[1] RE LETTER RECEIVED FROM PLAINTIFF<br><br>[re: docket no. 64] |

      On July 17, 2007, the Court stated that if Plaintiff's petition for rehearing en banc were denied, Plaintiff "must pay the filing fee in a timely manner before the Court will reinstate the action." In a letter dated July 19, 2007, Plaintiff informed the Court that her petition for rehearing en banc was denied on June 27, 2007. Plaintiff also requested that she be given a deadline by which she should pay the filing fee. Plaintiff should pay the filing fee in this action within thirty days of the date of this order.

      Plaintiff's letter also informed the Court of her worsened financial situation. While the Court is sorry to hear of this change, because the Court previously concluded that Plaintiff's

---

[1] This disposition is not designated for publication and may not be cited.

1 | action is without merit on its face, Plaintiff may not proceed *in forma pauperis.*
2 |
3 | IT IS SO ORDERED.
4 |
5 | DATED: July 31, 2007.
6 |
7 |
8 |             JEREMY FOGEL
            United States District Judge

2

Case No. C 06-5688 JF (PVT)
ORDER RE LETTER RECEIVED FROM PLAINTIFF
(JFLC1)

1  This Order has been served upon the following persons:

2  Krista Stevenson Johnson                kjohnson@littler.com, akawase@littler.com

3  Notice will be delivered by other means to:

4  June Foster
   P.O. Box 2134
5  San Leandro, CA 94577

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-5688 JF (PVT)
ORDER RE LETTER RECEIVED FROM PLAINTIFF
(JFLC1)