**E-Filed 10/6/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JUNE FOSTER, | Case Number C 06-5688 JF (PVT) |
| Plaintiff, | JUDGMENT |
| v. | |
| KNTV TELEVISION, INC., et al., | |
| Defendants. | |

The action having been dismissed with prejudice,

Judgment is hereby entered for Defendants and against Plaintiff.

DATED: 10/6/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-5688 JF (PVT)
JUDGMENT
(JFLC2)

1 | This Judgment was served upon the following persons:

3 | Krista Stevenson Johnson     kjohnson@littler.com, akawase@littler.com

4 | Ronald D. Arena     rarena@arenahoffman.com

June Foster
P.O. Box 2134
San Leandro, CA 94577

2

Case No. C 06-5688 JF (PVT)
JUDGMENT
(JFLC2)